U.S. DISTRICT COURT - N.D. OF N.Y.

**F I L E D**

APR 2 3 2014

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:14-CR-153 (GLS) |
| | ) |
| **v.** | ) **Indictment** |
| | ) |
| **PAUL WILLIAMS,** | ) Violations:   21 U.S.C. §§ 846; |
| **aka "CASH," "CHRIS," and** | ) 841(b)(1)(B) [Conspiracy]; 21 |
| **"KIEVE RICKETTS"** | ) U.S.C. §§ 841(a)(1); |
| | ) 841(b)(1)(B)  [Possession |
| | ) With the Intent to Distribute a |
| | ) Controlled Substance] |
| | ) |
| | ) 2 Counts |
| | ) |
| **Defendant.** | ) County of Offense:   St. Lawrence |

## THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Possess with Intent to Distribute
and to Distribute Controlled Substances]

Between in or about 2012 and on or about September 5, 2013, in St. Lawrence County in

the Northern District of New York and elsewhere, the defendant, **PAUL WILLIAMS, aka**

**"CASH," "CHRIS," and "KIEVE RICKETTS,"** and others known and unknown conspired to

knowingly and intentionally possess with intent to distribute and to distribute one or more

controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

As to defendant **PAUL WILLIAMS, aka "CASH," "CHRIS," and "KIEVE RICKETTS,"** that

violation involved 500 grams or more of a mixture and substance containing a detectable amount

of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code,

Section 841(b)(1)(B) and heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Section 841(b)(1)(C).

## COUNT 2
### [Possession with Intent to Distribute a Controlled Substance]

On or about August 8, 2013, in Clinton County in the Northern District of New York, the

defendant,

**PAUL WILLIAMS, aka "CASH," "CHRIS," and "KIEVE RICKETTS,"**

knowingly and intentionally possessed with intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).  That violation involved cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(b)(1)(C).


Dated:    April 23, 2014

                              A TRUE BILL,


                              G


RICHARD S. HARTUNIAN
United States Attorney

By: _____
Daniel C. Gardner
Assistant United States Attorney
Bar Roll No. 515333