UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America

    v.

Paul Williams,

            Defendant

---

Criminal No. 5:14-CR-153(GLS)

## WAIVER OF APPEARANCE/ARRAIGNMENT

In accordance with Fed. R. Crim. P. 10(b), the above-named defendant hereby states that (1) the defendant has received a copy of the above-numbered indictment; (2) the defendant understands the right to appear in person at the arraignment and hereby waives that right; and (3) the defendant pleads not guilty to all charges in this case.

DATED: 4/30/14

Defendant - Paul Williams

DATED: 5/1/14

Defense Counsel - Donald E. Kelly

Based on the foregoing, it is hereby ORDERED that (1) the defendant's waiver of appearance at arraignment is APPROVED; (2) the defendant is arraigned and the plea of not guilty to all charges is ACCEPTED and deemed entered as of the date of this Order; and (3) a scheduling order shall be entered forthwith setting forth the schedule for the progression of the case.

DATED: _____
Plattsburgh, New York

_____
Larry A. Kudrle, U.S. Magistrate Judge