IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Criminal No.   5:14-CR-153 (GLS) |
| ) | |
| v.   ) | **STIPULATION AND ORDER** |
| ) | **FOR CONTINUANCE** |
| **PAUL WILLIAMS,**   ) | |
| ) | |
| ) | |
| **Defendant.**   ) | |

Lincy Jacob, Esq., the attorney for PAUL WILLIAMS having moved for a continuance of 90 days within which the parties may complete discovery, file motions and prepare for trial in the above-captioned action and Richard S. Hartunian, United States Attorney for the Northern District of New York, Katherine Kopita, Assistant U.S. Attorney, appearing, having consented to the continuance and proposed the exclusion of the additional 90 period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1) The prior proceedings in this case occurred as follows:

    a) Date of initial appearance or arraignment: May 1, 2014

    b) Date of indictment: April 23, 2014

    c) Defendant custody status: Detained

2) The Court has previously ordered two exclusions under the Speedy Trial Act.

3) PAUL WILLIAMS has requested the continuance based on the following facts and circumstances:

    a) The defendant is charged with conspiracy to possess with intent to distribute and to distribute cocaine and heroin from 2012 through September 5, 2013. The Court recently issued Its decisions regarding defendant's pretrial motions. This additional continuance will allow the defendant to confer with defense counsel and prepare for trial. It will also allow the

parties the reasonable time necessary to prepare for trial, taking into account the exercise of due diligence.

4) The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial because the time will allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, because the case involves multiple transactions over a lengthy period of time and a large amount of evidence. In addition, the continuance will allow the defendant time to consider whether he wants to resolve the matter or proceed to trial.

5) The parties stipulate and agree that a period of 90 days beginning on and including the date on which the Court signs the requested order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: February 26, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: _____ FOR
Katherine Kopita
Assistant United States Attorney
Bar Roll No. 517944

_____
Lucy Jacob, Esq.
Attorney for PAUL WILLIAMS
Bar Roll No. 518208

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   5:14-CR-153 (GLS) |
| | ) | |
| v. | ) | |
| | ) | |
| **PAUL WILLIAMS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER

A.   The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

B.   The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial because this delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED:

A.   A period of 90 days, beginning on and including the date of this Order {or specific date} February 26, 2015 until May 27, 2015 shall be excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) in order to give the parties the reasonable time necessary for effective preparation.

B.  The deadline for the completion of discovery by the United States (otherwise due within 14 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by — days to N/A. The deadline for the completion of reciprocal discovery by the Defendant (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended by — days to N/A.

C.  Any pretrial motions in this case shall be filed on or before N/A and shall be made returnable on —.

D.  The trial in this matter shall begin on May 18, 2015 @ 9:30 am before Chief United States District Judge Gary L. Sharpe in Albany, New York or, in the alternative, a change of plea shall be entered on or before May 14, 2015.

IT IS SO ORDERED.

Dated and entered this 26th day of February, 2015.

Gary L. Sharpe
Hon. Gary L. Sharpe
Chief United States District Judge